1  Peter S. Russ (SBN 147829)
   peter.russ@bipc.com
2  Jennifer M. Oliver (SBN 311196)
   jennifer.oliver@bipc.com
3  BUCHANAN INGERSOLL & ROONEY LLP
   One America Plaza
4  600 West Broadway, Suite 1100
   San Diego, CA  92101
5  Telephone:  619 239 8700
   Fax:          619 702 3898
6
   Attorneys for Defendant
7  Movado Group, Inc. dba Movado.com

8                **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10  ANNETTE CODY, individually and on        Case No.:  3:23-cv-00015-H-KSC
    behalf of all others similarly situated,
11                                            **DEFENDANT MOVADO GROUP,**
                                              **INC.'S NOTICE OF MOTION AND**
12                  Plaintiffs,               **MOTION TO DISMISS**
                                              **PLAINTIFF'S COMPLAINT AND**
13         vs.                                **STRIKE DEMAND FOR PUNITIVE**
                                              **DAMAGES**
14  MOVADO GROUP, INC., a New York
    corporation dba MOVADO.COM; and
15  DOES 1 through 10, inclusive,             Date:         February 27, 2023
                                              Time:         10:30 a.m.
16                  Defendants.               Courtroom:    12A
                                              Judge:        Hon. Marilyn L. Huff
17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT MOVADO'S NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE
AND MEMORANDUM IN SUPPORT THEREOF

1    PLEASE TAKE NOTICE THAT on February 27, 2023 at 10:30 a.m., in

2  Courtroom 12A – 12ᵗʰ Floor, of the San Diego Courthouse, located at 333 West

3  Broadway, San Diego, CA 92101, Defendant Movado Group, Inc. ("Defendant")

4  will, and hereby does, move to dismiss all claims brought by Plaintiff Annette Cody

5  ("Plaintiff") in the Class Action Complaint for Violations of California Penal Code

6  §§ 631 and 632.7 ("Complaint") (ECF No. 1) pursuant to Rule 12(b)(6) of the Federal

7  Rules of Civil Procedure and to strike Plaintiff's punitive damages demand pursuant

8  to Rule 12(f) of the Federal Rules of Civil Procedure on the following grounds:

9    1.    The causes of action for violation of §§ 631 and 632.7 of the California

10  Invasion of Privacy Act ("CIPA") should be dismissed because Plaintiff has failed to

11  allege plausible facts sufficient to state a claim under either section.

12    2.    Plaintiff's demand for punitive damages should be stricken because

13  Plaintiff has not plausibly alleged the requisite level of intentional misconduct or

14  corporate ratification thereof.

15    This Motion is based on this Notice of Motion and Motion to Dismiss and

16  Strike, the Memorandum of Points of Authorities, all papers on file in this action, any

17  reply and oral argument, and any other matters that may be considered by this Court

18  on this Motion.

19

20  DATED:  January 20, 2023        BUCHANAN INGERSOLL & ROONEY LLP

21

22

23                      By:  s/ *Jennifer M. Oliver*
                             Peter Russ
24                           Jennifer M. Oliver
                             Attorneys for Defendant
25                           Movado Group, Inc. dba Movado.com

26

27

28

1

DEFENDANT MOVADO'S NOTICE OF MOTION AND MOTION TO DISMISS AND STRIKE
AND MEMORANDUM IN SUPPORT THEREOF