# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CODY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>MOVADO GROUP, Inc., a New York corporation dba MOVADO.COM; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　　Defendant(s). | Case No.: 3:23-cv-00015-H-KSC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF**<br><br>[Doc. No. 6.] |

On January 20, 2023, Defendant Movado Group, Inc. ("Movado") filed a motion to dismiss the complaint for failure to state a claim. (Doc. No. 5.) On February 3, 2023, the National Retail Federation ("NRF") requested leave to file an amicus curiae brief in support of Movado's pending motion to dismiss. (Doc. No. 6.) Movado consented to NRF's request and Plaintiff Annette Cody ("Plaintiff") opposed it. (Id.)

The Court notes that it is rare to receive an amicus brief at the district court level especially on a motion to dismiss where the pertinent question is whether the complaint contains "enough facts to state a claim to relief that is plausible on its face." Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007). Nonetheless, because NRF's amicus brief identifies a litany of other publicly filed cases and introduces unique legal arguments, the Court, in this instance, finds it appropriate to permit NRF to file its amicus curiae brief but discourages the filing of amicus curiae briefs in other cases. See NGV Gaming, Ltd. v.

Upstream Point Molate, LLC, 335 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005). Accordingly, the Court grants the motion and NRF's amicus curiae brief (Doc. No. 6) shall be filed.

**IT IS SO ORDERED.**

DATED: February 8, 2023

*/s/ Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT